To: Judge Norman K. Moon

From: Gregg Scheibel

Your Honor,

    I approach you this day with respect regarding your solemn responsibility overseeing the judicial process of Elliott S. Atwell for the specific charges brought against him and to which he has accepted responsibility.

    I am related to Elliott as an uncle by marriage and have known and spent time with him since his early childhood, a little over 30 years. Because of an overlap of shared interests throughout those years (cooking in particular) I currently have a relationship with him that has opened a door to deeper conversations about his life and new fate before him. I do intend to stay connected with Elliott throughout his time in prison simply because I care for him, and also, because I believe it is vital for him to maintain significant contact with healthy persons committed to his wellbeing outside of the correctional community. Though not by profession, I have many years of successful mentoring and counseling experience with troubled young men, including about 10 years with the incarcerated. I mention this because I understand better than most the enormous challenges awaiting him and know that society will be better off if a healthy Elliott Atwell emerges on the other side of his incarceration.

    In that regard, and for the following reasons, I respectfully request that you take into consideration the inclination he is already showing to discover and amplify the value he can bring to others within the scope of his confinement. Knowing Elliott as I do, I foresee him having ample time to sincerely take responsibility for all of his past behavior and then commit himself to a path and plan of personal inward redemption. He possesses many qualities and skillsets that, if and when directed positively, would make him a remarkable asset to this world. I intend to walk with him relationally into and along that journey and look forward to the outcome.

    Thank you for your attentive ear and consideration.

Gregg V. Scheibel

Dear Judge Norman K. Moon,

My name is Justin Gosselin and I would like to write a character witness for Elliott Atwell. I have known Elliott since my freshman year at Virginia Tech in 2010. Elliott helped run the Mixed Martial Arts club, where he was a great coach and leader for me and the other members. Elliott has always been one of the smartest people I've ever met in terms of raw intellectual horsepower. I've also always known him to be of extremely high moral character. We have had hours and hours of deeply philosophical discussions about everything from the fitness industry to second amendment rights. I could always count on him to be intellectually rigorous and honest.

I am a sport physiologist in New Jersey where I primarily coach youth athletes and prepare them for college athletics. While I understand the allegations against him, me nor anyone I've ever met has had a negative interaction with Elliott. The fact of the matter is while he clearly has made mistakes, there is not an ounce of my heart that believes he is a malevolent person. He has helped hundreds of clients, the vast majority of which don't have a bad thing to say about him. He has paid his friends rents, taken care of his parents, and used his audience to help me get clients when I didn't have as big of an audience. Outside of whatever mistakes he has made, I know for a fact he is in his heart a good person who only wants to help and is someone who makes a positive impact everywhere he goes.

Thank you.

October 17, 2024

Dear Judge Norman K. Moon:

    I am writing this letter on behalf of Elliott Atwell. Elliott attended The Covenant School when I served there as the Dean of Students, Head Football Coach, and Head Strength and Conditioning Coach. Elliott was, what I would consider to be, the model student while he was there. As the Dean of Students, he was never on my radar screen as far as any disciplinary issues were concerned. He was very conscientious, a good listener, and served as a good role model for the entire student body. He also served as a manager for our football team and was one of the best student managers that I had in my 20-year football coaching career. In the weight room, Elliott was one of the hardest workers and, arguably, among the best at listening to the teaching on the proper techniques to use while engaging in the various exercises. I often used him as an example when illustrating the proper and safest technique to maximize effort and, more importantly, avoid injury.

    As a person, I have always regarded Elliott as an honest, sincere, thoughtful, and purposeful individual who knew what he wanted to accomplish and who worked diligently to achieve it. As in the athletic realm, Elliott often was used as a role model of the type of student that others wanted to emulate. He was always very respectful to the administrators, the teachers, and to his fellow students.

    Thank you for the opportunity to provide you with my thoughts about Elliott. Please feel free to reach out to me if you have any questions or desire any additional information.

Sincerely,

Mark Sanford

October 11, 2024

I am writing this letter of support for Elliott Atwell.

My name is Patricia Murray. I live in Charlottesville, VA. I have known Elliott most of his life. First, I was his Sunday School teacher. As he grew, I became his Physical Education teacher at The Covenant School. I taught him for 7 years. He was always very cooperative, hardworking, and an asset to every game we play in PE. One year Elliot was trying hard to get the Presidential Fitness Award. The only thing holding him back from receiving this award was his sit-ups. For the next several weeks Elliot would go home and practice every day with his father. Finally, when testing day came, Elliot aced the test. This is just of the many stories about Elliot's determination, dedication, and persistence to do well. Another character trait of Elliot's is that he is a team player. He was always encouraging his team members to do their best.

As time went on, I would admire how Elliott would serve at church. Setting up or cleaning up, he did it with a willing heart and without anyone asking him to help.

Years would pass, and Elliott would share his healthy recipes with me. I really appreciated when he gave me some of his sour dough starter. He is a gifted chef. Also, he would ask me how my children were doing and my grandchildren. He was always very kind, personable, and gracious to me any time I would see him. Additionally, he's got an amazing upbeat attitude.

Elliott has mentioned to me that he is helping his inmates while he is in jail. Whether he is giving them an exercise weightlifting program for when they get out of jail or go to prison. Also, he helps inmates write letter to a judge or attorney as quite often they need help with spelling or grammar.

All that being said, Elliott really wants to give back to society and the world around him. That is the Elliott I have always known.


Sincerely,
Patricia Murray

Dear Judge Norman K. Moon,

My name is Zach Scheibel, Elliott's cousin and long term friend. I am writing you today to give a little history and backstory to not only Elliott's life, but the relationship I have shared with him ever since I was a little child.

For context, I was born in Charlottesville, VA in 1997. I have recently left Charlottesville, but it still has a special place in my heart, especially around family memories.

Elliot has always been around my life ever since I was born. Being the younger cousin, I always had so much to learn and was lucky to be around not just Elliott, but a handful of amazing older cousins growing up. Since he was older, Elliott got to experience all of life's wonders before I got to, which allowed me to look up to him and treat him as a role model. I would go to his high school football games and wrestling matches when I was young.

Elliott has always been into fitness and sports, and as I was entering high school we became to grow a lot closer, not just as cousins but as friends. I started to work out in high school, and after I told him, Elliott immediately became super interested in helping me make progress in the gym. This led to us hanging out more and sharing a vested interest in lifting weights and eating good food. Around this time I was also starting my own side hustles and businesses going into college, so Elliott and I continued to bond over our shared love for creative expression in creating content online. Elliott had his own YouTube channel, and so did I. Elliott focused on creating fitness content, and I focused on music videos and graphic design.

During the transition from high school to college, once I left town, Elliott and I still stayed in touch. Elliott's grace and generosity continued to surprise me even when I wasn't around as much. You may not know him personally but Elliott is truly selfless and always had such an affinity for making people happy. Whether it was through his cooking or his genuine interest in the endeavors in your life, Elliott always has made me feel like I have been doing something right in life. He truly has a knack for bringing out the best qualities in people. Through his kindness and selflessness, he's always made his friends and family feel super warm and welcome.

Elliott not only sees the good in people, but he is a very dedicated person, not only to his family but to his work as well. That's one thing that Elliott and I shared was a passion driven life and doing things to the max efficiency (hence why he got into fitness). Elliott is a fantastic cook and I know this may sound weird, but I have always wanted him to pursue a career in food because it's truly magical what he's able to make. Elliott has so many talents and is incredibly smart. I want to see him thrive one day in chasing that dream of his.

Elliott has been one of my biggest fans in my pursuit of life and my career. Elliott has been the only cousin I have that has actually cared about what I have been up to. Elliott Atwell is a great man and has made an amazing impact on my life.

Thank you for taking the time to read this.

All the best,
Zach Scheibel